UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARIO HOLGUIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-06022-RGK-GJS<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL**<br><br>[Assigned to the *Hon. R. Gary Klausner*] |

On September 21, 2016, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") dismissing the Complaint in its entirety.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;
2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and
3. Plaintiff, Mario Holguin will recover nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED: September 29, 2016

*[signature: Gary Klausner]*

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiff,*
John Eom
UNITED LAW ONE
3727 W. Sixth Street, #402
Los Angeles, CA 90020
Tel: (213) 568-3256
Fax: (213) 403-4777

*Email:* info@unitedlawone.com, john@unitedlawone.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **September 22, 2016.**

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |